# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RANDI WELCH, *on behalf of himself and those similarly situated*,

    Plaintiff,

v.

CASE NO: 8:15-cv-1755-T-26MAP

SABI VENTURES, INC., MUHAMMAD FAISAL, and 7-ELEVEN, INC.,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of the Plaintiff's complaint, which the Court is obligated to accept as true at this early juncture of the proceeding, it is **ORDERED AND ADJUDGED** that the Defendant 7-ELEVEN, Inc.'s Motion to Dismiss Count II of the Plaintiff's Complaint (Dkt. 5) is **denied**. The Plaintiff's allegations are more than sufficient to state a plausible claim for relief above the speculative level to recover unpaid wages pursuant to the common law of Florida. Whether that claim duplicates the Fair Labor Standards Act claim alleged in count I must await further development of the record. Accordingly, the Defendant 7-ELEVEN may raise this issue anew in the context of a motion for summary judgment filed after the close of discovery. The Defendant 7-ELEVEN shall file its answer and defenses to the Plaintiff's complaint within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on August 25, 2015.

                s/*Richard A. Lazzara*
              **RICHARD A. LAZZARA**
              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record